**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
*ALBERTSON'S, LLC*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DANITA JO DAILEY-ADAMS,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, a foreign entity; DOES I through V; an ROE CORPORATIONS VI through X, inclusive,<br><br>Defendants. | CASE NO.: 2:26-cv-00908-GMN-NJK |

**STIPULATION AND ORDER TO DISMISS DEFENDANT ALBERTSON'S LLC WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., RYAN VENCI, ESQ., and KRISTEN MOLLOY, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, ALBERTSON'S LLC, and Plaintiff, DANITA JO DAILEY-ADAMS, by and through JOHN B. GREENE, ESQ., and ROBERT D. VANNAH, ESQ., of GOLIGHTLY & VANNAH, PLLC as follows:

That Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T: 702.380.0007 | F: 702.380.2964

entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 24th day of July, 2026.

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr. Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC*

DATED this 5 day of ~~July~~ August, 2026.

**GOLIGHTLY & VANNAH, PLLC**

**JOHN B. GREENE, ESQ.**
Nevada Bar No. 4279
**ROBERT D. VANNAH, ESQ.**
Nevada Bar No. 2503
5512 South Fort Apache Road, Suite 130
Las Vegas, Nevada 89148
*Attorneys for Plaintiff,*
*DANITA JO DAILEY-ADAMS*

BRANDON | SMERBER
LAW FIRM
139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964



**IT IS SO ORDERED** that Defendant, ALBERTSON'S LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 20 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN M. VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
139 E. Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*ALBERTSONS, LLC*